| | |
|---|---|
| 1 | Anna Y. Park, CA SBN 164242 |
| 2 | Sue J. Noh, CA SBN 192134<br>Rumduol Vuong, CA SBN 264392 |
| 3 | U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION |
| 4 | 255 East Temple Street, Fourth Floor<br>Los Angeles, CA 90012 |
| 5 | Telephone: (213) 894-1083<br>Facsimile: (213) 894-1301 |
| 6 | E-Mail: lado.legal@eeoc.gov |
| 7 | Nechole M. Garcia, NV SBN 12746<br>U.S. EQUAL EMPLOYMENT |
| 8 | OPPORTUNITY COMMISSION<br>333 Las Vegas Boulevard South, Suite 8112 |
| 9 | Las Vegas, NV 89101<br>Telephone: (702) 388-5072 |
| 10 | Facsimile: (702) 388-5094<br>E-Mail: nechole.garcia@eeoc.gov |
| 11 | Eric Yau, HI SBN 10087 |
| 12 | U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION |
| 13 | 300 Ala Moana Boulevard, Room 7-127<br>Honolulu, HI 96850 |
| 14 | Telephone: (808) 541-3133<br>Facsimile: (808) 541-3390 |
| 15 | E-mail: eric.yau@eeoc.gov |
| 16 | Attorneys for Plaintiff<br>U.S. EQUAL EMPLOYMENT |
| 17 | OPPORTUNITY COMMISSION |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEVADA HEALTH CENTERS, INC., ULTRACARE LAS VEGAS and Does 1-5 Inclusive,<br><br>　　　　Defendants. | Case No.: 2:16-cv-01495-JAD-PAL<br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**<br><br>**ORDER** |

Pursuant to LR IA 11-3, the United States Equal Employment Opportunity Commission respectfully requests that this honorable Court admit Government Attorney Eric Yau to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. LR IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Eric Yau is an attorney with the United States Equal Employment Opportunity Commission, an agency of the federal government. Mr. Yau is an active member in good standing of the state bars of California (No. 275457), Hawaii (No. 10087) and New York (No. 5267539).

The following information is provided to the Court:

Eric Yau
Trial Attorney
U.S. Equal Employment Opportunity Commission
300 Ala Moana Boulevard, Room 7-127
Honolulu, Hawaii 96850
Phone: 808-541-3133
Fax: 808-541-3390
Email: eric.yau@eeoc.gov

Accordingly, the Commission respectfully requests that the Court admit Eric Yau to practice in the District of Nevada for the duration of employment by the United States.

### ORDER

IT IS SO ORDERED.

Dated: August 5, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 5th day of August 2016.

/s/ Nechole M. Garcia
Nechole M. Garcia
Attorney for the Plaintiff


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____