UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA HEALTH CENTERS, INC., and ULTRACARE LAS VEGAS,<br><br>　　　　　　Defendants. | Case No.  2:16-cv-01495-JAD-PAL |

This matter is before the Court on Defendant's Motion for Exception to Attendance Requirements (ECF No. 15), filed on October 14, 2016.  Plaintiff filed an Opposition (ECF No. 19) on October 24, 2016.

Defendant Nevada Health Centers, Inc. requests that its' insurance representative be excused from the in-person attendance requirement found in the Early Neutral Evaluation Conference Scheduling Order (ECF No. 12) because the "insurance representative assigned to this matter is located in Chicago, Illinois and is not available to travel to Las Vegas on November 1, 2016 due to a prior scheduled conflicting obligation." *Motion* (ECF No. 15), 1:24–26.  Defendant also represents that if its' request is denied, the Early Neutral Evaluation (ENE) session will need to br rescheduled. Plaintiff objects to Defendant's request on the grounds that the insurance representative's presence is necessary and that the ENE "will be unfruitful as well as a waste of the Court's time and resources" without the insurance representative. *Opposition* (ECF No. 19), 3:10.  Based on Plaintiff's objections and Defendant's representation that the ENE will need to be rescheduled, the Court will deny Defendant's request and reschedule the ENE.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Exception to Attendance Requirements (ECF No. 15) is **denied**.

DATED this 24th day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge